**Opinion issued February 25, 2020**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00624-CV

————————————

## IN RE ALEX EDUARDO LECHIN, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Alex Eduardo Lechin, has filed a petition for writ of mandamus seeking to compel the trial court to withdraw its order denying his motion to recuse and amended motion to disqualify and to enter an order disqualifying the trial court

judge.[1] Before our opinion issued, relator filed a motion to dismiss his petition. *See In re Livesay*, No. 01-02-01120-CV, 2003 WL 139729, at *1 (Tex. App.—Houston [1st Dist.] Jan. 9, 2003, orig. proceeding) ("Ordinarily, we will dismiss an original proceeding upon the filing by relator of a motion to dismiss with the clerk of this Court.") (citing TEX. R. APP. P. 42.1(a)). Ten days have passed without a response. *See* TEX. R. APP. P. 10.3(a).

Accordingly, we grant relator's motion and dismiss this original proceeding. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f); *see also* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Lloyd, and Hightower.

---

[1] The underlying case is *In the Matter of the Marriage of Carmen Maria Lechin and Alex Eduardo Lechin*, Cause No. 2013-42628, pending in the 247th District Court of Harris County, Texas, the Honorable Janice Berg presiding.